**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  13-MJ-00134-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. SONNY LEE JOHNSTON,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Pursuant to the Plea Agreement which was entered into and filed with the Court on November 4, 2013;

**IT IS HEREBY ORDERED** that the Defendant shall abandon and forfeit to the United States the Llama, Model Minimax, .40 caliber, handgun, Serial No. 71-04-00313-03 which is in the possession of the Southern Ute Police Department.

**DATED: November 12, 2013.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**